■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. BERNARD H. UDELL, on Behalf of HASHANI FORRESTER, Petitioner, v QUEENS COUNTY DISTRICT ATTORNEY et. al, Respondents. [978

The determination of the Supreme Court, Queens County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger*, 25 NY2d 497, 499 [1969]; *see People ex rel. Rosenthal v Wolfson*, 48 NY2d 230 [1979]). Skelos, J.P., Dickerson, Chambers and Miller, JJ., concur.